

FILED
2019 Oct-03 PM 01:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| DAPHNE BERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRESTWOOD HEALTHCARE L.P., )<br>CHS PROFESSIONAL SERVICES )<br>CORP., )<br>)<br>Defendants. ) | CIVIL ACTION NUMBER:<br>5:19-CV-01407-LCB |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CRESTWOOD HEALTHCARE, L.P.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Crestwood Healthcare, L.P. states that its general partner is Crestwood Hospital, LLC. Crestwood Hospital, LLC is a privately held Delaware limited liability company. The indirect parent company of Crestwood Hospital, LLC. is CHS/Community Health Systems, Inc., a Delaware corporation and a publicly traded company. There are six companies in the ownership chain between Crestwood Healthcare, LP and CHS/Community Health Systems, Inc.

4838-2573-9688.2

        Respectfully submitted,

        /s/ *John W. Hargrove*
        John W. Hargrove

        /s/ *Anne Knox Averitt*
        Anne Knox Averitt

        Attorneys for Defendants Crestwood Medical Center and CHS Professional Services Corporation

<u>OF COUNSEL</u>

Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8343
Facsimile: (205) 488-6343
jhargrove@bradley.com
aaveritt@bradley.com

4838-2573-9688.2

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Leslie A. Palmer
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL  35233
leslie@palmerlegalservices.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

/s/ John W. Hargrove
John W. Hargrove

Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: jhargrove@bradley.com

3