FILED
2019 Oct-03  PM 01:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| DAPHNE BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: |
| | ) 5:19-CV-01407-LCB |
| CRESTWOOD HEALTHCARE L.P., | ) |
| CHS PROFESSIONAL SERVICES | ) |
| CORP., | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT CHSPSC, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CHS Professional Services Corp. states that its correct legal name is CHSPSC, LLC. CHSPSC, LLC is a privately held Delaware limited liability company. The parent company of CHSPSC, LLC is CHS/Community Health Systems, Inc., a Delaware corporation and a publicly traded company.

1

4815-9168-3240.1

        Respectfully submitted,

        /s/ *John W. Hargrove*
        John W. Hargrove

        /s/ *Anne Knox Averitt*
        Anne Knox Averitt

        Attorneys for Defendants Crestwood Medical Center and CHS Professional Services Corporation

<u>OF COUNSEL</u>

Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8343
Facsimile: (205) 488-6343
jhargrove@bradley.com
aaveritt@bradley.com

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Leslie A. Palmer
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL  35233
leslie@palmerlegalservices.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

/s/ John W. Hargrove
John W. Hargrove

Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: jhargrove@bradley.com