UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Hugo L. Black United States Courthouse
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

April 8, 2022

David J. Smith
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.D.C. No. 5:19-cv-1407-LCB
U.S.C.A. No. NEW CASE

IN RE: DAPHNE BERRY V. CRESTWOOD HEALTHCARE, LP, ET AL.

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this transmittal.

| | |
|---|---|
| X | **Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed** |
| | Certified record  supplemental record on appeal consisting of:  volume(s) of pleadings, etc.;  volume(s) of transcripts; |
| X | **First Notice of Appeal?  YES   Dates of other Notices:** |
| | The following materials SEALED in this court (order enclosed) consisting of: |
| | Original papers (court file) and certified copy of docket entries per USCA request. |
| X | **There was no hearing from which a transcript could be made.** |
| | Copy of CJA Form 20 or District Court order appointing counsel |
| X | **The appellant docket fee has been paid.  YES  Date Paid: 4/7/2022** |
| | The appellant has been  leave to appeal in forma pauperis |
| | They appellant has been  a request for certificate of appealability |
| X | **The Judge/Magistrate Judge appealed from is: Liles C. Burke** |
| | The Court Reporter is: |
| | This is a **BANKRUPTCY APPEAL**.  Please send notice of final order and/or opinion to: Scott W. Ford, Acting  Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203. |
| | This is a **DEATH PENALTY** appeal. |
| | Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED. |
| | Other: |

xc: Counsel                                                Sharon H. Harris, Clerk

                                        By:      /s/ Angela Ingleright
                                                      Deputy Clerk